Search Warrant

# United States District Court

## FOR THE DISTRICT OF RHODE ISLAND

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)
THE PREMISES KNOWN AND DESCRIBED AS 1603 PLAINFIELD PIKE, APARTMENT ~~B~~F6, JOHNSTON, RHODE ISLAND

**SEARCH WARRANT**

CASE NUMBER: 1:07MJ126 M

TO: Joseph A. Sullivan and any Authorized Officer of the United States

Affidavit(s) having been made before me by Joseph A. Sullivan who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

See Attachment A.

in the District of Rhode Island there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of the warrant.

YOU ARE HEREBY COMMANDED to search on or before JAN 8 2008
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to any United States District or Magistrate Judge as required by law.

December 31, 2007 at Providence, Rhode Island
Date and Time Issued — City and State

United States Magistrate Judge David L. Martin
Name and Title of Judicial Officer

David L. Martin
Signature of Judicial Officer

Attest to True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

Search Warrant (Reverse)

| RETURN | | CASE NUMBER: |
|---|---|---|
| DATE WARRANT RECEIVED<br>12/31/2007 | DATE AND TIME WARRANT EXECUTED<br>12/31/2007 1505hrs 3:05pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Ann Mari NEHME |
| INVENTORY MADE IN THE PRESENCE OF<br>None made | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br>— No items seized — | | |

FILED
2008 JAN -3 P 4:58
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

David L. Martin — United States District or Magistrate Judge

1-3-08 — Date

**ATTACHMENT A**

PREMISES

1603 Plainfield Pike F-6, Johnston, Rhode Island 02919 is located within a multi-building condominium complex comprised of town homes advertised by a street-side sign as the "Plainfield Valley Condominiums." There are approximately nine buildings with an average of 9 units per building. Each unit has its own front door facing the access road. Each unit's main door is on the second level with the first level having a garage. While each building in the complex is not identical, they maintain the same color scheme of beige with light gray doors and light blue shutters. Building 'F' is located in the rear north west corner of the complex with all the unit entrances facing south. The ground level of Building F maintains single car garages below each unit with two residential floors above the ground level garages of all units. The entrance to Unit 1 of Building F is alone on the left side of the building (when facing north looking at the front entrances). Units 2 & 3 share a stair case which leads to the separate front doors for each unit, as do units 4 & 5, units 6 & 7 and units 8 & 9, respectively. Unit 6 of Building F is further identified by a black number “6” affixed to a gold decal, approximately 3” by 5” and is located to the left of the door, approximately five feet above the threshold.

ITEMS TO BE SEARCHED/SEIZED

A Federal Express package and all of its contents, Federal Express packaging documents; records of controlled substance transactions; packaging materials described above; records containing names, addresses, and telephone numbers of purchasers and suppliers of controlled substances; records and photographs indicating ownership, occupancy, and control of said premises; proceeds, such as U.S. Currency, derived from controlled substance transactions; financial records relating to drug trafficking or the proceeds of drug trafficking; and, safety deposit box keys.